JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 787 -- In re Air Crash Disaster Near Warsaw, Poland, on May 9, 1987

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/08/23 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 - A-11), AND CERT. OF SERVICE -- deft. Polskie Linie Lotnicze (a/k/a LOT Polish Airlines -- SUGGESTED TRANSFEREE DISTRICT: **EASTERN DISTRICT OF NEW YORK** (cds) |
| 88/09/06 | | APPEARANCES -- C. BARRY WETHERINGTON, ESQ. for Irene Wojciechowski, et al.; LORI B. LASSON, ESQ. for Leona Olshevsky, etc., Albina Kiela, etc., Annette Lois Czechowski, etc., Zofia Krukierek, etc., Andrew M. dalski, etc., Jan Elbert, etc., Stefania Pogorzelska, etc. and Isaac Kirsch, etc.; CHRISTOPHER CARLSEN, ESQ. for Lot Polish Airlinesl; MICHAEL P. FUCHS, ESQ. for Union of Soviet Socialist Republics (ds) |
| 88/09/08 | | APPEARANCE -- DESMOND T. BARRY, JR., ESQ. for Polskie Linie Lotnicze (a/k/a Lot Polish Airlines) (ds) |
| 88/09/12 | 2 | RESPONSE -- pltfs. Leona Olshevsky, Albina Kiela, Annette Lois Czechowski, Zofia Krukierek, Andrew M. Dalski, Jan Elbert, Stefania Pogorzelska and Issac Kirsch w/cert. of svc. (ds) |
| 88/09/16 | 3 | REPLY -- Pltfs. Irena Wojciechowski, et al. w/appendix A and cert. of svc. (ds) |
| 88/10/07 | | HEARING ORDER -- setting motion to transfer for Panel hearing on November 17, 1988 in New Orleans, LA (cds) |
| 88/10/31 | 4 | LETTER -- (potential tag-along action Genevieve Widerynski, etc. v. Lot Polish Airlines, et al., E.D. New York, C.A. No. CV-88-1260) -- Signed by Desmond T. Barry, Jr. counsel for Polskie Linie Lotnicze, dated 10/25/88 (rh) |
| 88/11/16 | | HEARING APPEARANCES: (Hearing on 11/17/88 in New Orleans, Louisiana) -- DESMOND T. BARRY, JR., ESQ. for Polskie Linie Lotnicz; LORI B. LASSON, ESQ. for Annette Lois Czechowski, et al. and C. BARRY WETHERINGTON, ESQ. for Irena Wojciechowski, et al. (rh) |
| 88/11/16 | | WAIVER OF ORAL ARGUMENT: (Hearing on 11/17/88 in New Orleans, Louisiana) -- Union of Soviet Socialist Republics (rh) |

787

| | | |
|---|---|---|
| 88/11/28 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Honorable Eugene H. Nickerson for pretrial proceedings pursuant to 28 U.S.C. §1407. (ds) |
| 88/11/28 | | TRANSFER ORDER -- transferring A-1 Irena Wojciechowski, et al. v. Polskie Linie Lotnicze, et al., E.D. Mich., C.A. No. 88-CV-73388-DT to the Eastern District of New York for pretrial proceedings -- Notified involved clerks, judges, counsel and misc. recipients. (ds) |
| 88/12/19 | 5 | LETTER (re text of Panel Transfer Order dated Nov. 28, 1988) -- signed by Michael P. Fuchs, counsel for deft. Union of Soviet Socialist Republics (cds) |
| 88/12/21 | | CORRECTION ORDER -- (to transfer order filed on 11/28/88, to correct second paragraph) -- Notified involved judges, clerks, counsel and mis. recipients (rh) |
| 89/05/12 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-19 Adam Sosnowski, et al. v. LOT Polish Airlines, D. New Jersey, C.A. No. 89-CV-1484(JWB) -- Notified involved counsel and judges (rh) |
| 89/05/31 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-19 Adam Sosnowski, et al. v. LOT Polish Airlines, D. New Jersey, C.A. No. 89-CV-1484(JWB)-- Notified inolved judges and clerks (rh) |
| 89/06/29 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-23 Irena Wojciechowski, et al. v. Polskie Linie Lotnicze (Polish Air Lines) ("LOT"), et al., E.D. Michigan, C.A. No. 89-CV-71602 DT -- Notified involved counsel and judges (rh) |
| 89/07/17 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-23 Irena Wojciechowski, et al. v. Polskie Linie Lotnicze (Polish Air Lines) ('LOT"), et al., E.D. Michigan, C.A. No. 89-CV-71602 DT -- Notified involved judges and clerks |

JPML Form 1

Revised: 8/78

DOCKET NO. 787 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Air Crash Disaster Near Warsaw, Poland, on May 9, 1987

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 11/17/88 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 11/28/88 | T.O. | Unpublished | E.D. New York #207 | Eugene H. Nickerson | |

Special Transferee Information

DATE CLOSED: 6/__/__

JPML FORM 1  **LISTING OF INVOLVED ACTIONS**  E.D. New York
Judge Eugene H. Nickerson
11/28/88

DOCKET NO. 787 -- In re Air Crash Disaster Near Warsaw, Poland, on May 9, 1987

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Irena Wojciechowski, et al. v. Polskie Linie Lotnicze, et al. | Mich.,E. Freeman | 88-CV-73388 | DT 11/28/88 | CV88-3804 (EHN) | | |
| A-2 | Leona Olshevsky, etc. v. LOT Polish Airlines, et al. | N.Y.,E. Nickerson | CV-87-3654 (EHN) | | | | |
| A-3 | Jan Starczyk, et al. v. Polskie Linie Lotnicze | N.Y.,E. Nickerson | CV-88-1035 (EHN) | | | | |
| A-4 | Albina Kiela, etc. v. LOT Polish Airlines, et al. | N.Y.,E. Nickerson | CV-88-1190 (EHN) | | | | |
| A-5 | Annette Lois Czechowski, etc. v. LOT Polish Airlines, et al. | N.Y.,E. Nickerson | CV-88-1189 (EHN) | | | | |
| A-6 | Zofia Krukierek, etc. v. LOT Polish Airlines, et al. | N.Y.,E. Nickerson | CV-88-1196 (EHN) | | | | |
| A-7 | Andrew M. Dalski, etc. v. LOT Polish Airlines, et al. | N.Y.,E. Nickerson | CV-88-0115 (EHN) | | | | |
| A-8 | Jan Elbert, etc. v. LOT Polish Airlines, et al. | N.Y.,E. Nickerson | CV-87-3959 (EHN) | | | | |
| A-9 | Danuta Imiolek Filus, et al. v. LOT Polish Airlines, et al. | N.Y.,E. Nickerson | CV-87-4252 (EHN) | | | | |

Caption column annotation: 8/23/88

DOCKET NO. 787 -- In re Air Crash Disaster Near Warsaw, Poland, on May 9, 1987

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | Stefania Pogorzelska, etc. v. LOT Polish Airlines, et al. | N.Y.,E. Nickerson | CV-88-0678 (EHN) | | | | |
| A-11 | Isaac Kirsch, etc. v. LOT Polish Airlines, et al. | N.Y.,E. Nickerson | CV-87-3957 (EHN) | | | | |
| XYZ-12 | Genevieve Wilderyski, etc. v. LOT Polish Airlines, etc., et al. | N.Y.,E. Nickerson | 88-1260 | | | | |
| XYZ-13 | Elizabeth Bauer Cwik v. Polskie Linie Lotnicze, et al. | E.D.N.Y. | 88-4019 | | | | |
| XYZ-14 | Miroslaw Gil, etc. v. LOT Polish Airlines, et al. | N.Y.,E. Nickerson | CV89-757 | | | | |
| XYZ-15 | Mieczyslaw Kurdyla, etc. v. LOT Polish Airlines, et al. | N.Y., E. Nickerson | CV-89-758 | | | | |
| XYZ-16 | Krystyna Paszczuk, etc. v. LOT Polish Airlines, et al. | N.Y., E. Nickerson | CV-89-759 | | | | |
| XYZ-17 | Genevieve Paszczuk, etc. v. LOT Polish Airlines, et al. | N.Y., E. Nickerson | CV-89-760 | | | | |
| XYZ-18 | Leona Olshevsky v. Ministry of Aviation, Ind., et al. | N.Y., E. Nickerson | CV-89-855 | | | | |

DOCKET NO. 787 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-19 | Adam Sosnowski, et al. v. LOT Polish Airlines  5-12-89 | D.N.J. Bissell | 89-CV-1484 (JWB) | 5-31-89 | 89-2652 | | ✓ |
| XYZ-20 | Stefania Klos, et al c. Polski Linie Lotnicze et al.  July 1989 - 2 TR/18 XYZ/20 Pending | N.Y.,E. | 88-3731 | | | | |
| XYZ-21 | Mariusz v. Polskie Linie Lotnicze, et al. | E.D.N.Y. Nickerson | 89-1444 | | | | |
| XYZ-22 | John Kearney, etc. v. Polskie Linie Lotnicze, et al. | E.D.N.Y. Nickerson | 89-1492 | | | | |
| C-23 | Irena Wojciechowski, et al. v. Polskie Linie Lotnicze (Polish Air Lines) ("LOT"), et al.  6-29-89 | E.D.Mich. Hackett | 89-CV-71602 DT | 7-17-89 | 89-2650 | | |
| XYZ-24 | Szulc v. Lot Polish Airlines | E.D.N.Y. | CV-89-1672 | | | | |
| XYZ-25 | Cwik v. Lotnicze  July 1990 - 1 TR/4 XYZ/25 Pending  (July 1991) - Same  July 1992 - Same  Same | E.D.N.Y. | CV-87-2355  CV-89-2355 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 787 -- In re Air Crash Disaster Near Warsaw, Poland, on May 9, 1987

---

IRENE WOJCIECHOWSKI, ET AL. (A-1)
Roman Rewald, Esquire
David I. Katzman, Esquire
Plunkette & Cooney
900 Marquette Building
Detroit, Michigan 48226-3260

LEONA OLSHEVSKY, ETC. (A-2)
ALBINA KIELA, ETC. (A-4)
ANNETTE LOIS CZECHOWSKI, ETC. (A-5)
ZOFIA KRUKIEREK, ETC. (A-6)
ANDREW M. DALSKI, ETC. (A-7)
JAN ELBERT, ETC. (A-9
STEFANIA POGORZELSKA, ETC. (A-10)
ISAAC KIRSCH, ETC. (A-11)
Lori B. Lasson, Esquire
Kreindler & Kreindler
100 Park Avenue
New York, New York 10017

JAN STARCZYK, ET AL. (A-3)
(No appearance received)
Stephen A. Weinstein, Esquire
150 Broadway
New York, New York 10038

ADAM SOSNOWSKI, ETC. (B-19)
Alfred J. Petit-Clair, Jr., Esq.
313 State Street
Perth Amboy, New Jersey 08861

IRENA WOJCIECHOWSKI, ET AL. (C-23)
C. Barry Wetherington, Esq.
(Same As A-1)

POLSKIE LINIE LOTNICZE
(LOT POLISH AIRLINES)
Desmond T. Barry, Jr., Esquire
Condon & Forsyth
1251 Avenue of the Americas
New York, New York 10020

UNION OF SOVIET SOCIALIST REPUBLICS
Michael P. Fuchs, Esquire
Wolf, Popper, Ross, Wolf & Jones
845 Third Avenue
New York, New York 10022

AEROFLOT
GOVERNMENT OF POLISH PEOPLE"S REPUBLIC
(Defts. in C-23)
Unable to determine counsel or address

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 787 -- In re Air Crash Disaster Near Warsaw, Poland, on May 9, 1987

| Name of Party | Named as Party in Following Actions |
|---|---|
| Polskie Linie Lotnicze (LOT Polish Airlines) | A-1, A-2, A-3, A-4, A-5, A-6 – A-11, B-19 C-23 |
| Estate of Leopold Karcher * | A-1 |
| Union of Socialist Republics ✓ | A-1, A-2, A-4, A-5, A-6 – A-11, C-23 |
| Ministry of the Aviation * Industry of the Soviet Gov't | A-1, C-23 |
| Aviaexport * | A-1, C-23 |
| Kazan Aviation Plant * | A-1, C-23 |
| Soloview Aviation & Engine * MFG. Co., Ltd., Inc. | A-1, C-23 |
| Ilyushin Design Bureau * | A-2, A-4, A-5, A-6 – A-11, C-23 |
| Soloviev Design Bureau * | A-2, A-4, A-5, A-6 – A-11 |
| Government of Polish People's Republic | C-23 |
| Aeroflot | C-23 |

* Same as Union of Social Republics above